UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAHID RANDOLPH,<br><br>*Defendant.* | Criminal Action No. 20-240 (TJK)<br>Criminal Action No. 22-163 (TJK) |

## **INTERIM ORDER**

To expedite the Federal Bureau of Prisons' processing of Mr. Randolph's release, including continuity of care to include medications, hospice or other end of life care, and safe transportation, this Court issues this Interim Order. The Court intends to grant Mr. Randolph's Emergency Unopposed Motion for a Sentence Reduction under 18 U.S.C. § 3582(c)(1)(A) and U.S.S.G. § 1B1.13 and reduce his sentence of imprisonment to time served as soon as he has a release residence that fully accounts for his significant medical needs (e.g., hospice). Once defense counsel confirms that this condition is met, the Court will:

**ORDER** that Mr. Randolph's sentences of imprisonment are reduced to **TIME SERVED** in both the above-captioned cases. It will further

**ORDER** that, pursuant to 18 U.S.C. § 3624(d), the Bureau of Prisons shall provide for the safe transportation of Mr. Randolph from his prison to his release address safely and expeditiously. It will further

**ORDER** that the United States shall submit a status report to update the Court on the status of Mr. Randolph's safe transport within seven days after entry of the Order to reduce his sentence to time served. It will further

**ORDER** that all other provisions of the judgments in the above-captioned cases entered September 26, 2023, remain in effect.

**SO ORDERED.**

_____
TIMOTHY J. KELLY
United States District Judge

Date: August 4, 2025